UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

THE ANNUITY, WELFARE AND APPRENTICESHIP
SKILL IMPROVEMENT & SAFETY FUNDS OF THE
INTERNATIONAL UNION OF OPERATING ENGINEERS
LOCAL 15, 15A, 15C & 15D, AFL-CIO, BY THEIR
TRUSTEES JAMES T. CALLAHAN, THOMAS A.
CALLAHAN, MICHAEL SALGO and WILLIAM TYSON,
CENTRAL PENSION FUND OF THE INTERNATIONAL
UNION OF OPERATING ENGINEERS, BY ITS CHIEF
EXECUTIVE OFFICER MICHAEL A. CRABTREE,
INTERNATIONAL UNION OF OPERATING ENGINEERS
NATIONAL TRAINING FUND, BY ITS CHIEF
EXECUTIVE OFFICER JEFFREY VINCENT, and
INTERNATIONAL UNION OF OPERATING ENGINEERS
LOCAL 15, 15A, 15C & 15D, AFL-CIO BY ITS PRESIDENT
& BUSINESS MANAGER THOMAS A. CALLAHAN,
         Plaintiffs,

**STIPULATION
OF SETTLEMENT
AND ORDER OF
DISCONTINUANCE**

CV-20-5672 (BMC)

 -against-

J & A CONCRETE CORP.,

         Defendant.

---------------------------------------------------------------X

  This Stipulation of Settlement is made by and between the parties hereto, Plaintiffs THE ANNUITY, WELFARE AND APPRENTICESHIP SKILL IMPROVEMENT & SAFETY FUNDS OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 15, 15A, 15C & 15D, AFL-CIO, CENTRAL PENSION FUND OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS, INTERNATIONAL UNION OF OPERATING ENGINEERS NATIONAL TRAINING FUND and INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 15, 15A, 15C & 15D, AFL-CIO and Defendant J & A CONCRETE CORP. ("J & A CONCRETE").

  **WHEREAS,** Defendant J & A CONCRETE consented to the performance of an audit of its payroll records for the period of July 1, 2017 through June 30, 2020, which resulted in the issuance of a

revised report dated March 10, 2021 identifying a deficiency in contributions, interest and audit costs totaling $164,858.06; and

**WHEREAS**, the parties are desirous of resolving in this Stipulation of Settlement and Order of Discontinuance all disputes between them.

**NOW THEREFORE**, in consideration of the mutual promises set forth herein, and other good and valuable consideration, the parties hereto mutually agree as follows:

1. Defendant J & A CONCRETE acknowledges and agrees to pay the scheduled deficiency of $164,858.06 along with interest calculated at the rate of 6.0% (as identified in the underlying Trust Agreements) upon the principal amount owed in contributions of $149,419.41 and totaling $1,494.19 for the five (5) month period of the payment plan, for a total settlement amount of $166,352.25, which shall be paid pursuant to five (5) monthly installments of $33,270.45 each which shall be due on May 1, 2021; June 1, 2021; July 1, 2021; August 1, 2021 and September 1, 2021.

2. Each payment shall be made in the form of a check made payable to the "LOCAL 15 TRUST FUNDS" and forwarded to the Plaintiffs' attorneys, BRADY McGUIRE & STEINBERG, P.C., Attn: James M. Steinberg, Esq., at 303 South Broadway, Suite 234, Tarrytown, New York 10591 unless J & A CONCRETE elects to remit payments *via* ACH wire transfers, in which case wire transfer instructions shall be provided by Plaintiffs so that such payments can be made directly to Plaintiffs.

3. In exchange for the prompt and full payments identified herein, Plaintiffs waive any further claims for statutory damages, costs and attorneys' fees otherwise available under the Employee Retirement Income Security Act of 1974. Notwithstanding the above, in the event that Defendant J & A CONCRETE fails to make any payment identified herein or rectify any default in accordance with Paragraph 4 of this Stipulation, Defendant J & A CONCRETE acknowledges that Plaintiffs have the right to enter judgment in the amount as detailed in Paragraph 4 hereafter.

4. In the event of any default by Defendant J & A CONCRETE in the payments due under the provisions of this Stipulation, and provided that said default continues for a period of five (5) business days after notice to cure is sent to the Defendant *via* certified mail at 1676 Washington Avenue, Suite A, Bohemia, New York 11716 Attn: Antonio Martins and *via* email to Jack M. Martins, Esq. at jmartins@harrisbeach.com the Clerk of the United States District Court for the Eastern District of New York is hereby authorized to enter judgment upon the application of Plaintiffs against Defendant J & A CONCRETE in the amount of $166,352.25, less payments received through the date of default, along with liquidated damages calculated at 10.0% of the original scheduled deficiency of $164,858.06, costs in the amount of $515.00 and attorneys' fees in the amount of $2,500.00.

5. This document may be executed in any number of counterparts which when taken together shall be considered a fully executed version of this document.

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, including the attorneys of record for Plaintiffs and Defendant that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of this action, the above-captioned action shall be discontinued, without costs to either party as against the other.

Dated: Tarrytown, New York
April 6, 2021

BRADY McGUIRE & STEINBERG, P.C.

By: James M. Steinberg
Attorneys for Plaintiffs
303 South Broadway, Suite 234
Tarrytown, New York 10591
(914) 478-4293
james@bradymcguiresteinberg.com

HARRIS BEACH, PLLC

By: Jack M. Martins, Esq.
Attorneys for Defendant
333 Earle Ovington Boulevard, Suite 901
Uniondale, New York 11553
(516) 880-8484
jmartins@harrisbeach.com

THE ANNUITY, WELFARE AND
APPRENTICESHIP SKILL IMPROVE-
MENT & SAFETY FUNDS OF THE
INTEMATIONAL UNION OF
OPERATING ENGINEERS LOCAL
15, 15A, 15C & 15D, AFL-CIO

J & A CONCRETE CORP.

By: Antonio Martins
Title: President

_____
By: Thomas A. Callahan
Title: Member of the Board of Trustees

CENTRAL PENSION FUND OF THE
INTERNATIONAL UNION OF
OPERATING ENGINEERS

_____
By: Michael A. Crabtree
Title: Chief Executive Officer

INTERNATIONAL UNION OF OPERATING
ENGINEERS NATIONAL TRAINING FUND

_____
By: Jeffrey Vincent
Title: Chief Executive Officer

INTERNATIONAL UNION OF OPERATING
ENGINEERS LOCAL 15, 15A, I5C & 15D,
AFL-CIO

_____
By: Thomas A. Callahan
Title: President & Business Manager

**SO ORDERED:**

_____
**The Honorable Brian M. Cogan**
**United States District Judge**

THE ANNUITY, WELFARE AND APPRENTICESHIP SKILL IMPROVEMENT & SAFETY FUNDS OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 15, 15A, 15C & 15D, AFL-CIO

By: Thomas A. Callahan
Title: Member of the Board of Trustees

CENTRAL PENSION FUND OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS

By: Michael A. Crabtree
Title: Chief Executive Officer

INTERNATIONAL UNION OF OPERATING ENGINEERS NATIONAL TRAINING FUND

By: Jeffrey Vincent
Title: Chief Executive Officer

INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 15, 15A, 15C & 15D, AFL-CIO

By: Thomas A. Callahan
Title: President & Business Manager

J & A CONCRETE CORP.

By: Antonio Martins
Title: President

**SO ORDERED:**

The Honorable Brian M. Cogan
United States District Judge

| | |
|---|---|
| THE ANNUITY, WELFARE AND APPRENTICESHIP SKILL IMPROVEMENT & SAFETY FUNDS OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 15, 15A, 15C & 15D, AFL-CIO | J & A CONCRETE CORP. |
| By: Thomas A. Callahan<br>Title: Member of the Board of Trustees | By: Antonio Martins<br>Title: President |
| CENTRAL PENSION FUND OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS | |
| By: Michael A. Crabtree<br>Title: Chief Executive Officer | |
| INTERNATIONAL UNION OF OPERATING ENGINEERS NATIONAL TRAINING FUND | |
| By: Jeffrey Vincent<br>Title: Chief Executive Officer | |
| INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 15, 15A, 15C & 15D, AFL-CIO | |
| By: Thomas A. Callahan<br>Title: President & Business Manager | |

**SO ORDERED:**

_____
**The Honorable Brian M. Cogan**
**United States District Judge**